# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 19-cv-01013-RM

DAVID LEE SMITH, and
MARY JULIA HOOK,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,
LNV CORPORATION,
COLORADO DEPARMENT OF
REVENUE, and
WELLS FARGO BANK, N.A.,

    Defendants.

---

## ORDER
---

This matter is before the Court on Plaintiffs' "Emergency Motion to the United States District Court for the District of Colorado to Withdraw the Reference of Adversary Proceedings to United States Bankruptcy Judge Thomas B. McNamara and to Transfer these Adversary Proceedings to the United States District Court for the District of Colorado for a Jury Trial on the Merits" ("Motion") (ECF No. 1). Plaintiffs filed their Motion in the Bankruptcy Court pursuant to 28 U.S.C. § 157(d), Fed. R. Bankr. P. 5011, and L.B.R. 5011-1, which the Bankruptcy Judge referred to the district court for a ruling. The Court has considered the court record, taken judicial notice of the record in the relevant adversary proceedings before the Bankruptcy Court, and reviewed all other relevant matters. Upon such considerations, the Court finds no further briefing is required and DENIES the Motion for the reasons stated herein.

Plaintiffs' Emergency Motion addresses four adversary proceedings, but this case (19-cv-01013) is for the withdrawal of reference for Adversary Proceeding 18-1248-TBM. Plaintiffs' request is denied as moot because the Court has already issued an order in 19-cv-00842-RM granting Plaintiffs' other emergency motion to withdraw the reference (but *not* on the bases argued in that emergency motion). It is therefore ORDERED

(1) That Plaintiffs' "Emergency Motion" (ECF No. 1) is DENIED AS MOOT;

(2) That the Clerk shall notify the Clerk of the Bankruptcy Court of this Order; and

(3) That the Clerk shall close this case.

DATED this 8th day of April, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge